UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DESTINY OTOBHIALE,<br><br>Petitioner,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Respondents. | CAUSE NO. 3:26-CV-644-CCB-SJF |

**ORDER**

Destiny Otobhiale, an immigration detainee representing himself, filed a petition for a writ of habeas corpus that the court determined did not state a basis for relief. ECF 7. He was granted until July 29, 2026, to file an amended petition and was cautioned if he did not respond by the deadline, his petition would be denied without further notice. *Id.* The deadline has passed with no response.

For the reasons more fully explained in the prior order (ECF 7), the court **DENIES** the petition (ECF 5) and **DIRECTS** the clerk to close this case.

SO ORDERED on August 26, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT